

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2020

No. 04-19-00781-CV

Ernest **BUSTOS**,
Appellant

v.

**BEXAR APPRAISAL DISTRICT, ET AL**.,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-16392
Honorable Aaron Haas, Judge Presiding

# O R D E R

On January 13, 2020, the trial court reporter Mary Beth Sasala filed a notification of late record, notifying this court that the reporter's record was not filed when it was originally due because appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record. It is therefore **ORDERED** that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. The reporter's record must be filed no later than ten (10) days after the date appellant's written proof is filed with this court. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date the clerk's record is filed, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2020.



Michael A. Cruz,
Clerk of Court